In the Matter of the Claim of CHARLES K. SKORA, Respondent, against CONSERVATIVE BUILDING CORPORATION et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1928; decided October 16, 1928.)

*Joseph Force Crater* and *James A. Nooney* for appellants.
*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.